# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Torrence E Davis,<br><br>    Petitioner,<br><br>v.<br><br>David Shinn,<br><br>    Respondent. | No. CV-21-01458-PHX-ROS<br><br>**ORDER** |

On November 22, 2022, Magistrate Judge Michael T. Morrissey filed a Report and Recommendation ("R&R"). The R&R recommends denial of the petition for writ of habeas corpus. A copy of the R&R was sent to Respondent on November 22, 2022, but for unknown reasons a copy was not mailed to Petitioner until December 1, 2022. Even considering the delayed mailing, the time for objections has expired and neither party filed any.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 31) is **ADOPTED**. The petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall close this case.

…

…

…

…

**IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because dismissal is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable and because the petition does not make a substantial showing of the denial of a constitutional right.

Dated this 9th day of January, 2023.

                                                                 _____
                                                                 Honorable Roslyn O. Silver
                                                                 Senior United States District Judge